**Mark J. Werksman, Esq. - CSB No. 120767**
**LAW OFFICES OF MARK J. WERKSMAN**
801 South Figueroa Street, 11th Floor
Los Angeles, California 90017
Tel: (213) 688-0460 /Fax: (213) 624-1942

Attorneys for Defendant
Roza Gasparian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 05 CR 00343 FCD |
| Plaintiff, | **ORDER RE: MODIFICATION OF TERMS AND CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| ROZA GASPARIAN | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT** Defendant Roza Gasparian be permitted to assist her daughter, Kazar Topchian, in relocating to Salem, Oregon from February 16, 2006 through February 22, 2006.

**IT IS FURTHER ORDERED THAT** Ms. Gasparian check in with the Pretrial Services Office 48 hours before her travel and within 48 hours of her return. All other conditions of her pre-trial release shall remain the same.

Dated: January 31, 2006        /s/Frank C. Damrell, Jr.
                               Judge Frank D. Damrell
                               United States District Court Judge