**Mark J. Werksman, Esq. - CSB No. 120767**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**

Attorneys for Defendant
Rosa Gasparian

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. S. 05-CR-343 FCD |
| ) | |
| Plaintiff, ) | **ORDER TO CONTINUE SENTENCING HEARING AND FOR CONTINUATION OF TIME TO FILE THE PRESENTENCE REPORT AND ANY OBJECTIONS** |
| v. ) | |
| ROSA GASPARIAN, ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Defendant Rosa Gasparian's sentencing hearing in this matter currently set for March 10, 2008 shall be continued to April 28, 2008 at 10:00 a.m.  IT IS FURTHER ORDERED the United States Probation Office shall distribute its draft Presentence Report on or before March 24, 2008, and Defendant Gasparian shall file any informal objections on or before April 7, 2008.  IT IS FURTHER ORDERED that the final Presentence Report be issued on or before April 14, 2008 and the parties are ordered to file any objections to the presentence report and any sentencing memoranda on or before April 21, 2008.  The Probation Office will

///

///

then have fourteen days to file any Addendum to the Presentence Report, if one is deemed necessary.

Dated: February 7, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE