1  **Mark J. Werksman, Esq. - CSB No. 120767**
   **LAW OFFICES OF MARK J. WERKSMAN**
2  **888 West Sixth Street, Fourth Floor**
   **Los Angeles, California  90017**
3  **Telephone: (213) 688-0460**
   **Facsimile: (213) 624-1942**
4
   Attorneys for Defendant
5  Rosa Gasparian

6

7

8

9                   **UNITED STATES DISTRICT COURT**

10            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  THE UNITED STATES OF          )   CASE NO. CR S-05-0343 FCD
    AMERICA,                      )
                                  )   **STIPULATION AND ORDER TO**
13          Plaintiff,            )   **CONTINUE SENTENCING**
                                  )   **HEARING**
14       v.                       )
                                  )
15  ROSA GASPARIAN                )   **Sentencing: April 28, 2008**
                                  )
16          Defendant.            )
                                  )
17  _____       )

18

19

20  **TO THE HONORABLE FRANK C. DAMRELL, JR. JUDGE OF THE**
    **UNITED STATES DISTRICT COURT AND TO ASSISTANT UNITED**
    **STATES ATTORNEY R. STEVEN LAPHAM:**

21

22       Defendant Rosa Gasparian, by and through her counsel of record, the Law

23  Offices of Mark J. Werksman and the United States of America, by and through its

24  representative, Assistant United States Attorney R. Steven Lapham, hereby agree

25  and stipulate as follows:

26       The Judgment and Sentencing currently set for April 28, 2008, at 10:00 a.m.

27  / / /

28  / / /

Mark J. Werksman
888 West Sixth St.
Fourth Floor
Los Angeles, CA  90017                          1

1   may be continued to July 14, 2008 at 10:00 a.m..  This extension is requested so

2   that Defendant Gasparian may be sentenced with her co-defendants who are

3   scheduled to be sentenced on for July 14, 2008.

4

5   Dated: February 26, 2008                    United States Attorney

6                                               McGregor W. Scott

7

8                                   By:   s/R. Steven Lapham
                                          R. Steven Lapham
9                                         Assistant United States Attorney

10

11  Dated: February 26, 2008        By:_____/s/_____
                                        Mark J. Werksman
12                                      Attorney for Defendant
                                        Rosa Gasparian
13

14

15

16                              ORDER

17

18          IT IS SO ORDERED.

19

20  Dated: February 27, 2008

21                              FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**Mark J. Werksman**
**888 West Sixth St.**
**Fourth Floor**
**Los Angeles, CA  90017**                        2