**Mark J. Werksman, Esq. - CSB No. 120767**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**

Attorneys for Defendant
Rosa Gasparian

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) ) | CASE NO. CR.S-05-0343 FCD |
| Plaintiff, ) ) | **ORDER TO CONTINUE SENTENCING DATE** |
| v. ) ) | |
| ROSA GASPARIAN, ) ) | |
| Defendant. ) ) ) | |
| _____) | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Defendant Rosa Gasparian's sentencing hearing currently set for June 14, 2008 shall be continued to August 25, 2008 at 10:00 a.m.

**IT IS FURTHER ORDERED THAT** the Parties adhere to the following schedule:

1. Disclosure of the PSR by the Probation Department due date - July 21, 2008;
2. Any objections to PSR report shall be sent to the Probation Department on or before August 4, 2008;
3. Final PSR report shall be filed with the Court on or before August 11, 2008;

1

4. Defendant's Sentencing Memorandum/Objections to PSR report shall be filed with the Court on or before August 18, 2008.

Dated: June 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE